**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Krystal Ewing** | Social Security number or ITIN   **xxx–xx–2568** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **18–21377–GLT**

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Krystal Ewing

<u>8/8/18</u>                                                                       **By the court:** <u>Gregory L. Taddonio</u>
                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 18-21377-GLT
Krystal Ewing                                                     Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2         User: admin              Page 1 of 2        Date Rcvd: Aug 08, 2018
                             Form ID: 318             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
db            +Krystal Ewing,    760 Zandona Street,    New Kensington, PA 15068-2092
14807806      +Best Buy,    Atlantic Credit & Finance,    3353 Orange Avenue, NE,    Roanoke, VA 24012-6335
14807813       Education Financial Services,    PO Box 36008,    Knoxville, TN 37930-6008
14807814      +Fidelity Net Benefits,    Direct Rollovers PO Box 770001.,    Cincinnati, OH 45277-0001
14807819      +Littman's,    1000 Mac Arthur Blvd,    Mahwah, NJ 07430-2035
14807823       Mitchell D. Bluhn & Associates,    CF Medical LLC,    222 Texoma Parkway. Ste 160,
                Sherman, TX 75090
14807824      +Nissan Motor Acceptance Corp,    PO Box 660577,    Dallas, TX 75266-0577
14807825      +Penny Mac Loan Services LLC,    3043 Townsgate Road, Suite 200,
                Westlake Village, CA 91361-3027
14807827       State Collection Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
14807833      +Westbanco,    1 Bank Plaza,    Wheeling, WV 26003-3565

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QRSHEARER.COM Aug 09 2018 05:43:00      Robert Shearer,    5703 Brewster Lane,
                Erie, PA 16505-1109
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2018 02:07:08       Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA   17128-0946
14807804       EDI: RMSC.COM Aug 09 2018 05:43:00      Amazon,   PO BOX 965015,    Orlando, FL 32896-5015
14807805       EDI: BANKAMER.COM Aug 09 2018 05:43:00      Bank of America,    PO Box 982235,
                El Paso, TX 79998
14807807      +EDI: CAPITALONE.COM Aug 09 2018 05:43:00      Capital One Bank USA,    PO Box 30281,
                Salt Lake City, UT 84130-0281
14807808      +EDI: CHASE.COM Aug 09 2018 05:43:00      Chase Card,   P.O.Box 15298,
                Wilmington, DE 19850-5298
14807809      +EDI: CITICORP.COM Aug 09 2018 05:43:00      Citibank,   PO Box 6241,
                Sioux Falls, SD 57117-6241
14807812       EDI: DISCOVER.COM Aug 09 2018 05:43:00      Discover Financial Services,    PO Box 15316,
                Wilmington, DE 19850
14807811      +EDI: RMSC.COM Aug 09 2018 05:43:00      Dick's Sporting Goods,    PO Box 965005,
                Orlando, FL 32896-5005
14807815       EDI: IIC9.COM Aug 09 2018 05:43:00      I.C. System Collections,    P.O. Box 64378,
                Saint Paul, MN 55164-0378
14807816      +EDI: RMSC.COM Aug 09 2018 05:43:00      J.C. Penney,   P.O. Box 960090,    Orlando, FL 32896-0090
14807820      +EDI: RMSC.COM Aug 09 2018 05:43:00      LOWES,   PO Box 965005,    Orlando, FL 32896-5005
14807817      +E-mail/Text: bk@lendingclub.com Aug 09 2018 02:07:53       Lending Club,
                71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
14807818       EDI: RMSC.COM Aug 09 2018 05:43:00      Levin Furniture,    PO Box 960061,
                Orlando, FL 32896-0061
14807821      +EDI: TSYS2.COM Aug 09 2018 05:43:00      MACY'S,   P.O. Box 8218,    Mason, OH 45040-8218
14807822      +EDI: MERRICKBANK.COM Aug 09 2018 05:43:00      Merrick Bank,    PO Box 9201,
                Old Bethpage, NY 11804-9001
14808333      +EDI: PRA.COM Aug 09 2018 05:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14807826      +E-mail/Text: Supportservices@receivablesperformance.com Aug 09 2018 02:08:23
                Receivables Performance Management LLC,    20816 44th Avenue W.,    Lynnwood, WA 98036-7744
14807829      +EDI: RMSC.COM Aug 09 2018 05:43:00      SYNCB/American Eagle,    P.O,Box 965005,
                Orlando, FL 32896-5005
14807830       EDI: RMSC.COM Aug 09 2018 05:43:00      SYNCB/WAL-MART,    PO BOX 965024,
                ORLANDO, FL 32896-5024
14807828      +EDI: RMSC.COM Aug 09 2018 05:43:00      Sunglass Hut,   PO Box 960061,    Orlando, FL 32896-0061
14807831      +E-mail/Text: BankruptcyNotice@upmc.edu Aug 09 2018 02:08:03       UPMC,    2 Hot Metal Street,
                Pittsburgh, PA 15203-2348
14807832       EDI: WFNNB.COM Aug 09 2018 05:43:00      Victoria Secret,    PO Box 18279,    Columbus, OH 43218
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PennyMac Loan Services, LLC
aty*          +Robert Shearer,    5703 Brewster Lane,    Erie, PA 16505-1109
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14807810    ##+David Ewing,    1044 Moon Run Road,    Mc Kees Rocks, PA 15136-1396
                                                                                  TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: admin              Page 2 of 2            Date Rcvd: Aug 08, 2018
                              Form ID: 318             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Philip V. McCalister    on behalf of Debtor Krystal  Ewing phil@pvmlaw.com,
               philip_mccalister@yahoo.com;jackie@pvmlaw.com;r52288@notify.bestcase.com
              Robert    Shearer    information@robertshearer.com,    rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Robert    Shearer    on behalf of Trustee Robert   Shearer information@robertshearer.com,
               rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
                                                                                              TOTAL: 5
```